THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LUIS VEGA, Defendant-Appellant.

(No. 54393; ▮▮▮▮▮▮)

First District—September 15, 1972.

Opinion by Mr. JUSTICE DRUCKER.

Paul C. Kimball, Jr., of Chicago, (Peterson, Lowry, Rall, Barber & Ross, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Stephen J. Connolly, Assistant State's Attorneys, of counsel,) for the People.